ACCEPTED
04-14-00921-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/31/2014 11:10:31 AM
KEITH HOTTLE
CLERK

NO. 04-14-00921-CV

IN THE COURT OF APPEALS
FOURTH DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

12/31/2014 11:10:31 AM

KEITH E. HOTTLE
Clerk

**IN RE: JUDITH ZAFFIRINI**,
Individually and as Independent Co-Executor of the Estate of Delfina E.
Alexander, Deceased, and as Co-Trustee of the
Rocio Gonzalez Guerra Exempt Trust,
Relator

From the County Court at Law No. 2; Webb County, Texas
Cause No. 2008-PB7-000016-L2; *Estate of Delfina E. Alexander,
Deceased; and Rocio G. Guerra v. Judith Zaffirini, et al;* and

Cause No. 2013-PBA-000133-L2*; Raymond De Leon, II, Trustee of the
Delfina & Josefina Alexander Family Trust v. Judith Zaffirini, et al*

**RELATOR'S
SUPPLEMENTAL CERTIFICATE OF SERVICE**

FAUSTO SOSA
State Bar No. 18855620
attorneyfaustososa@live.com
101 W. Hillside Road, Suite 11c
Laredo, Texas 78041
Telephone: 956.727.4477
Telecopier: 956.727.4773

JAVIER MONTEMAYOR
State Bar No. 14282600
lawjm@sbcglobal.net
7718 McPherson, Suite F105
Laredo, Texas 78045
Telephone: 956.726.8811
Telecopier: 956.722.0246

MANUEL R. FLORES
State Bar No. 07164500
mrflores@sbcglobal.net
5517 McPherson Road, #14
Laredo, Texas 78041
Telephone: 956.728.7474
Telecopier: 956.728.7406

ROBINSON C. RAMSEY
State Bar No. 16523700
rramsey@langleybanack.com
LANGLEY & BANACK, INC.
745 E. Mulberry Avenue, Suite 900
San Antonio, Texas 78212
Telephone: 210.736.6600
Telephone: 210.735.6889

ATTORNEYS FOR RELATOR JUDITH ZAFFIRINI

# SUPPLEMENTAL CERTIFICATE OF SERVICE

The certificate of service stated on the foregoing documents inadvertently omitted the Respondent, Judge Polly J. Spencer, from the service list.

1) Petition for Writ of Mandamus;
2) Mandamus Record; and
3) Relator's Motion for Emergency Stay and Temporary Relief.

This will certify that the following documents were serve upon the following:

James Maverick McNeel                          Via E-file and E-Service
Laura C. Mason
STRASBURGER & PRICE, LLP
2301 Broadway
San Antonio, Texas 78215
Attorneys for Raymond S. De Leon II,
Trustee of the Family Trust

Adriana Maddox                                 Via E-file and E-Service
BENAVIDES MADDOX, P.C.
1015 Scott Street
Laredo, Texas 78040
Attorneys for Raymond S. De Leon II,
Trustee of the Family Trust

Jeffrey T. Knebel                              Via E-file and E-Service
Michael B. Knisely
OSBORNE, HELMAN, KNEBEL &
DELEERY, LLP
301 Congress Avenue, Suite 1910
Austin, Texas  78701
Attorney for Rocio G. Guerra

Thomas G. Bassler, P.C.                        Via E-file and E-Service
LAW OFFICES OF THOMAS G. BASSLER, P.C.
306 W. Sunset, Suite 119
San Antonio, Texas  78209
Attorney for Rocio G. Guerra

Rosaura "Wawi" Tijerina                    Via E-file and E-Service
ATTORNEY AT LAW
1000 Washington St Suite 2
Laredo, Texas 78040
Attorney for Defendants Alexander Residential
Development, LP, Alexander Retail Development, LP,
D&J Alexander Construction, LP, D&J Alexander
Management, LP, and Delfina and Josefina
Alexander Family Limited Partnership

Jesus M. Dominguez                         Via E-file and E-Service
201 W. Hillside Road, Suite 17
Laredo, Texas 78041
Attorney for Defendants Judith Zaffirini,
David H. Arredondo and Clarissa N. Chapa
as Attorneys-in-Fact

Victor Villarreal                          Via E-file and E-Service
Eduardo Romero
VILLARREAL & ROMERO LAW FIRM
201 W. Del Mar Blvd., Suite 15
Laredo, Texas  78045
Attorney for Defendant Delfina E. and
Josefina Alexander, LLC-1

Richard Leshin                             Via E-file and E-Service
WELDER, LESHIN, MAHAFFEY
800 North Shoreline, Suite 300 North
Corpus Christi, Texas  78401
Attorney for Defendants

Carlos M. Zaffirini, Sr.                   Via E-file and E-Service
Guadalupe Castillo
ZAFFIRINI & CASTILLO
1407 Washington Street
Laredo, Texas 78042-0627
Of Counsel for Defendants

J. Francisco Tamez
KAZEN, MEURER & PEREZ, LLP
211 Calle del Norte
Laredo, Texas 78041
Attorney for Ad Litem

Via E-file and E-Service

Julio Garcia
THE GARCIA LAW FIRM, PLLC
5829 Northgate Lane
Laredo, Texas 78041
Attorney Ad Litem

Via E-file and E-Service

Jose Salvador Tellez, II
LAW OFFICE OF JOSE SALVADOR TELLEZ, II
1102 Scott Street
Laredo, Texas 78040
Guardian Ad Litem

Via E-file and E-Service

Judge Raul Vasquez
LAW OFFICE OF RAUL VASQUEZ
7718 McPherson Road Building F
Suite 105
Laredo, Texas 78045-2805
Telephone: 956.717.5809
Telecopier: 956.717.5907

Via E-file and E-Service

Judge Polly Jackson Spencer
Probate County Court #1
Bexar County Courthouse
100 Dolorosa
San Antonio, Texas 78205

Via E-file and E-Service

/s/ Robinson C. Ramsey
ROBINSON C. RAMSEY

W:\lbclient\16052\0003\L0932095.WPD

3